CHELSEA AMANDA BROOKE COBB, BY AND THROUGH D. RODNEY KIGHT, JR., HER GUARDIAN AD LITEM; AND ROBERT B. COBB, FATHER OF PLAINTIFF, INDIVIDUALLY V. TOWN OF BLOWING ROCK, A MUNICIPAL CORPORATION, AND CITY OF BLOWING ROCK, A MUNICIPAL CORPORATION

No. 300A11

(Filed 27 January 2012)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, —— N.C. App. ——, 713 S.E.2d 732 (2011), finding error in a judgment entered on 17 October 2008 and an order entered on 30 March 2009, both by Judge Anderson D. Cromer in Superior Court, Watauga County, and remanding for a new trial. Heard in the Supreme Court on 11 January 2012.

*Brown Moore & Associates, PLLC, by R. Kent Brown, for plaintiff-appellees.*

*Clawson & Staubes, PLLC, by Andrew J. Santaniello and Summer D. Eudy, for defendant-appellant Town of Blowing Rock.*

STATE v. BURKE

[365 N.C. 415 (2012)]

*Poisson, Poisson & Bower, PLLC, by E. Stewart Poisson; and Goldsmith, Goldsmith & Dews, P.A., by Frank Goldsmith, for North Carolina Advocates for Justice, amicus curiae.*

PER CURIAM.

For the reasons stated in the dissenting opinion, the decision of the Court of Appeals is reversed.

REVERSED.